**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| PUNCHBOWL, INC., a Delaware corporation, | No.21-55881 |
| *Plaintiff-Appellant*, v. | D.C. No. 2:21-cv-03010-SVW-MAR |
| AJ PRESS, LLC, a Delaware limited liability company, | ORDER |
| *Defendant-Appellee*. | |

Filed September 1, 2023

Before:  John B. Owens and Daniel A. Bress, Circuit Judges, and Sidney A. Fitzwater,[*] District Judge.

---

**ORDER**

In light of the Supreme Court's decision in *Jack Daniel's Properties, Inc. v. VIP Products, LLC*, 599 U.S. 140 (2023), the decision in this case, *Punchbowl, Inc. v. AJ Press, LLC*, 52 F.4th 1091 (9th Cir. 2022), is withdrawn.  This matter will be set for re-argument via separate order.

---

[*] The Honorable Sidney A. Fitzwater, United States District Judge for the Northern District of Texas, sitting by designation.